I. E. Boyett, Appellant, v. W. W. Boyett, Appellee.

(Supreme Court of Florida, *En Banc,* April 27, 1909.)

Appeal from Circuit Court, Santa Rosa county; J. Emmet Wolfe, Judge.

No appearance for Appellant.

T. F. West, for Appellee.

The bill in this case was filed by the appellee against the appellant. There was decree for the complainant and the defendant appealed. Appeal dismissed on motion of counsel for appellee.